AO 442 (Rev. 12/85) Warrant for Arrest 

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

CRIMINAL CASE: 5:19-CR-95-D

DAVID SIERRA OROZCO

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest **DAVID SIERRA OROZCO** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment  _____ Superseding Indictment  _____ Criminal Information __ Complaint

_____ Order of Court:  _____ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 2251(a)(5)(B): Prossession of Child Pornography

Peter A. Moore, Jr.
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Nick Bullock
Signature of Issuing officer by deputy clerk

MARCH 6, 2019 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at |||
| DATE RECEIVED 3/6/19 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 3/21/19 | Glenn Covington, HSI | S. Janner, USMS |

**FILED**

MAR 2 2 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK



JDIS Message #73355874, sent on 03/21/2019 12:13
Subject: WARRANT 1956-0307-1271-J CLOSED, From 056 - 88146

```
District 056 has closed warrant record 1956-0307-1271-J for
fugitive OROZCO,DAVID SIERRA   FID#10828984 on 20190321
For further information, please contact district 056
```