UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:19-CR-95-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIERRA OROZCO | MOTION TO CONTINUE<br>ARRAIGNMENT AND EXTEND<br>PRETRIAL MOTIONS DEADLINE |

The Defendant, David Sierra Orozco, by and through counsel, very respectfully moves the Court to continue his arraignment, currently set for September 24, 2019. [DE 34.] Mr. Orozco filed a motion to suppress and incorporated memorandum of law on August 23, 2019. [DE 31.] The government's response is not yet due. [DE 33.] In light of his pending motion to suppress, Mr. Orozco respectfully requests a 60-day continuance of his arraignment until his motion to suppress is resolved. Assistant United States Attorney, Jake Pugh, does not oppose this Motion.

This Motion is made in good faith and not for purposes of delay. Neither the government nor Mr. Orozco would be prejudiced by these requests. The ends of justice served by this Motion outweigh the interests of the public and Mr. Orozco in a speedy trial. The period of delay resulting from granting this continuance should therefore be excluded from the calculation of speedy trial time pursuant to 18 U.S.C. Section 3161(h)(8)(A).

WHEREFORE, Mr. Orozco respectfully asks for an order continuing his arraignment for 60 days, or any other relief the Court deems just and appropriate.

1

Respectfully submitted this 18th day of September, 2019.

> G. ALAN DUBOIS
> Federal Public Defender
>
> /s/ Katherine E. Shea
> KATHERINE E. SHEA
> Assistant Federal Public Defender
> Attorney for Defendant
> Office of the Federal Public Defender
> 150 Fayetteville Street, Suite 450
> Raleigh, North Carolina 27601
> Telephone: 919-856-4236
> Fax: 919-856-4477
> E-mail: kat.shea@fd.org
> Member of NY State Bar
> LR 57.1 Counsel Appointed

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was served upon:

JAKE PUGH
U. S. Attorney's Office
Suite 800, 310 New Bern Ave.
Raleigh, NC 27601
919-856-4531

by electronically filing the foregoing with the Clerk of Court on September 18, 2019, using the

CM/ECF system which will send notification of such filing to the above.

  This the 18th day of September, 2019.

             /s/ Katherine E. Shea
             KATHERINE E. SHEA
             Assistant Federal Public Defender
             Attorney for Defendant
             Office of the Federal Public Defender
             150 Fayetteville Street, Suite 450
             Raleigh, North Carolina 27601
             Telephone: 919-856-4236
             Fax: 919-856-4477
             E-mail: kat.shea@fd.org
             Member of NY State Bar
             LR 57.1 Counsel Appointed