```
                    UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                          WESTERN DIVISION
                         No. 5:19-CR-95-D-1
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **DEFENDANT'S *EX PARTE* MOTION** |
| v. | ) | **FOR AUTHORIZATION FOR CONTACT** |
| | ) | **VISIT** |
| DAVID SIERRA OROZCO, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Defendant, David Sierra Orozco, by and through undersigned appointed counsel, and hereby moves this Court *ex parte* for an Order allowing undersigned counsel to have a contact visit with Defendant at Piedmont Regional Jail on March 15, 2021. In support of this Motion, defendant shows the Court as follows:

**STATEMENT OF THE FACTS**

1. On March 6, 2019, in the Eastern District of North Carolina, a Grand Jury indicted Defendant on one count of Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

2. Pursuant to the Court's Order [D.E. 81], the Defendant's jury selection and trial is calendared for March 22, 2021, in Raleigh, North Carolina before the Honorable United States District Judge James C. Dever III.

3. Defendant speaks Spanish and requires the assistance of an interpreter for legal visits. Undersigned counsel most recently met with Defendant on February 24, 2021, at Piedmont Regional Jail in Farmville, Virginia. During that meeting undersigned counsel was in the same room as Defendant with an interpreter on Jurislink facilitating the conversation between undersigned counsel and Defendant.

4. Undersigned counsel's office contacted Piedmont Regional Jail on March 10, 2021, and requested another contact visit with Defendant for March 15, 2021 in order to review discovery and prepare for trial. Piedmont Regional Jail confirmed the contact visit and undersigned counsel made arrangements with a Spanish interpreter to participate in the meeting by Jurislink.

5. Undersigned counsel's office was contacted by Piedmont Regional Jail on March 11, 2021, advising undersigned counsel that, per the superintendent at Piedmont Regional Jail, undersigned counsel must have a Court Order in order to have a contact visit with Defendant.

6. Due to the language barrier, it would be impossible to review the discovery and prepare for trial if undersigned counsel was not in the same room as Defendant, with an interpreter on Jurislink. Therefore, undersigned counsel respectfully requests this Court issue an Order allowing them to have a contact visit with Defendant at Piedmont Regional Jail for March 15, 2021.

**WHEREFORE**, Defendant respectfully requests that the Court issue an Order, *ex parte,* authorizing undersigned counsel to have a contact visit with Defendant at Piedmont Regional Jail on March 15, 2021.

Respectfully submitted, this 12th day of March, 2021.

DYSART WILLIS HOUCHIN & HUBBARD

By: /s/ Geoffrey Ryan Willis           /s/ Christian E. Dysart
    GEOFFREY RYAN WILLIS              CHRISTIAN E. DYSART
    N.C. State Bar No. 33004          N.C. State Bar No. 36734
    ryan@dysartwillis.com             christian@dysartwillis.com
    530 Hillsborough St., Suite 200   530 Hillsborough St., Suite 200
    Raleigh, NC  27603                Raleigh, NC 27603
    Telephone: (919) 747-8380         Telephone: (919) 747-8380
    Facsimile: (919) 882-1222         Facsimile: (919) 882-1222
    *APPOINTED ATTORNEY FOR*           *APPOINTED ATTORNEY FOR*
    *DEFENDANT*                        *DEFENDANT*