UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 5:19-CR-95-1D

UNITED STATES OF AMERICA

vs.

ORDER

DAVID SIERRA OROZCO

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on March 22, 2021 be turned over to <u>Detective Glen Covington</u> to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 10 | Samsung Phone |
| 11 | Wallet |
| 12 | MicroSD Cards |

This 22nd day of March, 2021.

*/s/ J. Dever*

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: */s/ G. Covington*