IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-95-D

UNITED STATES OF AMERICA )
)
v. )
) **VERDICT FORM**
DAVID SIERRA OROZCO, )
)
Defendant. )

## COUNT ONE

On count one of the indictment, we, the Jury, unanimously find the defendant, DAVID SIERRA OROZCO:

_____ Not Guilty

__✓__ Guilty

If you have found the defendant, DAVID SIERRA OROZCO, guilty of possessing child pornography as alleged in count one, mark the ages of the person or persons visually depicted that you unanimously find beyond a reasonable doubt. Mark all that apply:

__✓__ Minor (i.e., any person under the age of eighteen years)

__✓__ Prepubescent minor (i.e., any person under the age of twelve years)

So say we all, this 23rd day of March 2021.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.